IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|     Plaintiff, | ) | 8:04cr448 |
| v. | ) | |
| CHRISTOPHER ANDERSON, | ) | ORDER |
|     Defendant. | ) | |

The Clerk's Office has requested that Document Number 37 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 37 from the record. The party is directed to re-file the document.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ Laurie Smith Camp
UNited States District Judge